IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JACOB RESENDEZ, JR.  #1627427 | § | |
| VS. | § | CIVIL ACTION NO. 6:15cv300 |
| JOHN RUPERT,  ET AL. | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was assigned to United States Magistrate Judge John D. Love, who subsequently issued a Report and Recommendation that Plaintiff's action be dismissed without prejudice for want of prosecution and failure to obey an order of the Court. A copy of the Report and Recommendation was sent to Plaintiff, but he has not responded.

No objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.  Accordingly,    **IT IS THEREFORE**

**ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE**.  Fed. R. Civ. P. 41(b); Rule 41, Local Rules for the Eastern District of Texas.  All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 21st day of October, 2015.**

_____

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE